FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 09 2010

P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

NEIL TUCKER,

JUDGMENT
07-CV- 1843 (SLT)

Petitioner,

-against-

DARWIN LACLAIR,

Respondent.
-----------------------------------------------------------X

A Memorandum and Order of Honorable Sandra L. Townes, United States

District Judge, having been filed on August 6, 2010, denying petitioner's petition for a writ

of habeas corpus; ordering that a Certificate of Appealability will not issue; and certifying

pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order

would not be taken in good faith; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that

petitioner's petition for a writ of habeas corpus is denied; that a Certificate of Appealability

will not issue; and that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's

Memorandum and Order would not be taken in good faith.

Dated: Brooklyn, New York
       August 06, 2010

ROBERT C. HEINEMANN
Clerk of Court

